

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00126-CV

**WELLS FARGO BANK, N.A.**, as Trustee for Securitized Asset Backed Receivables L.L.C.
2005-FR4 Mortgage Pass-Through Certificates Series 2005-FR4,
Appellant

v.

**KINGMAN HOLDINGS, L.L.C.**, as Trustee of the Manderly Place 8118 Land Trust,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17188
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We order that appellee Kingman Holdings, L.L.C., as Trustee of the Manderly Place 8118 Land Trust recover its costs of this appeal, if any, from appellant Wells Fargo Bank, N.A., as Trustee for Securitized Asset Backed Receivables L.L.C. 2005-FR4 Mortgage Pass-Through Certificates Series 2005-FR4

SIGNED June 3, 2015.

_____
Marialyn Barnard, Justice